# ZITO *tlp*

1250 Connecticut Avenue, NW, Suite 200    (202) 466-3500
Washington, DC 20036

www.zitotlp.com

November 22, 2011

Hon. Patty Shwartz, U.S.M.J.
Frank R. Lautenberg
United States Post Office and
Courthouse Building
Room 477
Newark, New Jersey 07101

        RE:  Fougera, Inc. v. GlycoBioSciences, Inc.
            Civil Action 11-01539 (KSH)(PS)

Dear Judge Shwartz:

    We are counsel for GlycoBioScience and write to confirm that lead trial counsel, Joseph J. Zito and the President of Defendant/Counter-Plaintiff GlycoBioSciences, Mr. Kevin Drizen, the person with full settlement authority, as well as local counsel, Mr. Stephen Knox, will appear at the Settlement Conference scheduled for December 8th.

                                      Sincerely,



                                      Joseph J. Zito