UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FOUGERA PHARMACEUTICALS, INC.,** | |
| Plaintiff, | Civil Action No. 11-1539 (KSH) |
| v. | |
| **GLYCOBIOSCIENCES INC.,** | ORDER ON INFORMAL APPLICATION |
| Defendant. | |

This matter having come before the Court by way of the request of plaintiff Fougera Pharmaceuticals Inc. to stay this case pending reexamination by the United States Patent and Trademark Office of the four patents in suit;

and the Court having considered the submissions and the governing law;

and for the reasons set forth in the Opinion delivered on the record on January 8, 2012;

and for good cause shown;

IT IS ON THIS 8th day of January, 2012

ORDERED that the plaintiff's request to stay these proceedings pending the completion of the reexamination proceedings is granted;

IT IS FURTHER ORDERED that the plaintiff shall submit a letter requesting a telephone conference no later than seven calendar days after it receives notice that the reexamination proceedings for each of the reexaminations are completed.  During the telephone conference, the parties shall be prepared to inform the Court if they seek to appeal the results of any reexamination and if so, if they want the stay to remain in effect; and

IT IS FURTHER ORDERED that the plaintiff shall provide a copy of this Order to the United States District Judge assigned to <u>Glycobiosciences, Inc. v. Nycomed US, Inc., et al.</u>, Civ. No. 11-1280, pending before the United States District Court for the Eastern District of New York.

                                              s/Patty Shwartz
                                              **UNITED STATES MAGISTRATE JUDGE**